```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 16407
    ELAINE DELOZANO
                                          CHAPTER 13

                                          JUDGE: MANUEL BARBOSA

         Debtor
    SSN XXX-XX-5912
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 09/10/07 and confirmed on 11/20/07.

2. The case was dismissed after confirmation, 04/10/2008.

3. The Debtor paid a total of $ 1315.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAS SERVICING CO | CURRENT MORTG | .00 | .00 | .00 |
| AMERICAS SERVICING CO | MORTGAGE ARRE | .00 | .00 | .00 |
| HSBC | SECURED | .00 | .00 | .00 |
| HSBC | MORTGAGE ARRE | 1239.00 | .00 | .00 |
| HSBC | SECURED | .00 | .00 | .00 |
| HSBC | MORTGAGE ARRE | 499.00 | .00 | .00 |
| ACCOUNTS RECEIVABLE MGMT | UNSECURED | NOT FILED | .00 | .00 |
| ADVOCATE LUTHERAN GENERA | UNSECURED | NOT FILED | .00 | .00 |
| ANIMAL CLINIC OF SOUTH E | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 2123.75 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 728.86 | .00 | .00 |
| CHIRO HEALTHCARE | UNSECURED | NOT FILED | .00 | .00 |
| ER SOLUTIONS INC | UNSECURED | 1608.28 | .00 | .00 |
| GC SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1073.13 | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 127.20 | .00 | .00 |
| ICS | UNSECURED | NOT FILED | .00 | .00 |
| MIDLAND CREDIT MGMT | UNSECURED | NOT FILED | .00 | .00 |
| MIDWEST DIAGNOSTIC PATHO | UNSECURED | NOT FILED | .00 | .00 |
| MRSI | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NICOR GAS | UNSECURED | 175.12 | .00 | .00 |
| PARKRIDGE ANESTHESIOLOGY | UNSECURED | 139.20 | .00 | .00 |
| PELLETTIERI & ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| PROCTER & GAMBLE | UNSECURED | 77.56 | .00 | .00 |
| TRANSWORLD SYSTEMS INC | UNSECURED | NOT FILED | .00 | .00 |
| KANE COUNTY TREASURER | SECURED | 2400.00 | .00 | 240.00 |

Summary of disbursements:

```
                    SECURED      PRIORITY    UNSECURED        OTHER         TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  4138.00           .00      6053.10          .00      10191.10
PRINCIPAL PAID       240.00           .00           .00          .00        240.00
INTEREST PAID           .00           .00           .00          .00           .00
TOTAL PAID           240.00           .00           .00          .00        240.00
```

The Debtor's attorney, JAMES A YOUNG & ASSOC          , was allowed $   3500.00
and was paid $     500.00   direct and $    1015.83   through the plan.

The Trustee received $       59.17 .

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 07/16/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE